

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00228-CV

**IN RE** John P. **ADAMS**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Adrian A. Spears II, Justice

Delivered and Filed: April 1, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, John P. Adams, filed his petition for writ of mandamus on March 20, 2026. Having considered the petition, this Court has determined that Adams has not established that he is entitled to the relief requested. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CI11437, styled *In the Matter of the Marriage of J.P.A. and K.N.A.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.